UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KYSHUN WEBSTER, SR.**                                          **CIVIL ACTION**

**VERSUS**                                                                           **No. 23-6607**

**ED MICHELE**                                                     **SECTION I**

## JUDGMENT

On this date, the Court issued an order and reasons granting defendant Ed Michel's ("Michel") motion[1] to dismiss plaintiff Kyshun Webster, Sr.'s ("Webster") complaint. Accordingly,

**IT IS ORDERED** that Michel's motion to dismiss the above-captioned action is **GRANTED**. Webster's federal claims against Michel are **DISMISSED WITH PREJUDICE**. Webster's state-law claims against Michel are **DISMISSED WITHOUT PREJUDICE**. Webster's request for a declaratory judgment that Michel violated his federal constitutional rights is **DENIED**.

New Orleans, Louisiana, March 27, 2024.

                                                      **LANCE M. AFRICK**
                                     **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 6.